**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1942**

———————————

MARY M. ALEXANDER,

                                        Plaintiff - Appellant,

        versus

PATAPSCO PARK COMMUNITY; ANNE ARUNDEL COUNTY
SCHOOL SYSTEM; PHIL MARNER; CHUCK BOWIE,
Representatives,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-
3343-MJG)

———————————

Submitted:  November 30, 2000        Decided:  December 7, 2000

———————————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Mary M. Alexander, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary M. Alexander appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion.  We have reviewed the record and the district court's order and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Alexander v. Patapsco Park Cmty., No. CA-3343-MJG (D. Md. June 22, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2